# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER HANSON, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 18-cr-3057-LTS-KEM<br>Presiding Judge: Leonard T. Strand<br>Deputy Clerk: Jenny Juehring<br>Official Court Record: Shelly Semmler  Contract? No<br>Contact Information: Shelly_Semmler@iand.uscourts.gov |

| Date: | 6/23/2020 | Start: | 9:59AM | Adjourn: | 10:28AM | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | | Time in Chambers: | n/a | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Jack Lammers | | | | | | |
| | Defendant(s): | Jim McGough (defendant present) | | | | | | |
| | U.S. Probation: | PO Beth Kuhn (appearing by phone) | | | | | | |
| | Interpreter: | n/a | | Language: | n/a | Certified: | n/a | Phone: n/a |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | No | Continued from a previous date? | Yes | |
|---|---|---|---|---|---|---|
| | Objections to PSIR: | | | | Ruling: | |
| | Motions to vary/depart: | Government's Motion for Third Level Reduction | | | Ruling: | Granted |
| | | Defendant's Motion for Downward Variance (Doc. No. 49 Under Seal) | | | | Granted (*Harry* variance) |
| | Count(s) dismissed: | Count 2 | | | | |
| | Sentence (See J & C): | 168 months' imprisonment BOP: 168 months on Count 1 and 120 months on Count 3, to run concurrently. | | | | |
| | Fine: | | None | | Special assessment: | $200 |
| | Supervised Release: | | Five-year term of supervised release: five years on Count 1 and three years on Count 3, to run concurrently. PSR special conditions imposed. | | | |
| | Court's recommendations (if any): | | Placement at Oxford or Greenville, otherwise as close to home as possible. RDAP. | | | |
| | Defendant is | X | Detained | | Released | and shall report |
| | **Witness/Exhibit List is** | n/a | | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7. | | | | | |
| | Miscellaneous: | The sentence imposed is to run consecutive to any sentence imposed in the Faribault County, MN case described in PSR ¶ 50. The sentence imposed is to run consecutive to any sentence imposed in the Le Sueur County, MN case described in PSR ¶ 51. | | | | |